**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
sanderson@leachjohnson.com
Nevada Bar No. 7259
RYAN D. HASTINGS
rhastings@leachjohnson.com
Nevada Bar No. 12394
8945 W. Russell Road, Suite #330
Las Vegas, Nevada 89148
(702) 538-9074
Fax: (702) 538-9113
*Attorneys for Defendant Tapestry at Town Center Homeowners' Association*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALLE BANK;

Plaintiff,

vs.

SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; TAPESTRY AT TOWN CENTER HOMEOWNERS' ASSOCIATION,

Defendants.

Case No. 2:17-cv-01962-JCM-VCF

**STIPULATION AND ORDER TO EXTEND REPLY DATE [ECF NO. 23] and [ECF NO. 24]**

**(First Request)**

The Plaintiff U.S. Bank, N.A., as Trustee Successor in Interest to Bank of America, N.A., as Successor by Merger to Lasalle Bank ("U.S. Bank"), Defendant SFR Investments Pool 1, LLC ("SFR") and Defendant Tapestry at Town Center Homeowners' Association (the "Association") by and through their respective counsel stipulate and agree as follows:

1. On October 18, 2017, the Association filed a Motion to Dismiss as ECF No. 19.

2. On November 1, 2017, SFR filed its Opposition to the Association's Motion to Dismiss as ECF No. 23.

LEACH JOHNSON SONG & GRUCHOW
8945 West Russell Road, Suite 330, Las Vegas, Nevada 89148
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

3. On November 1, 2017, U.S. Bank filed its Opposition to the Association's Motion to Dismiss as ECF No. 24.

4. The Association's Reply to the Oppositions is due on or before November 8, 2017.

5. Attorney Hastings requires additional time to review the parties' Oppositions as he just returned to the office from being out of town.

**IT HEREBY STIPULATED AND AGREED** that the Association will have an additional week extension to file its Reply.

**IT IS FURTHER STIPULATED AND AGREED** that the Association's Reply shall be filed on or before **November 15, 2017.**

This is the parties' first request of this deadline and is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED AND AGREED**.

Dated this 8th day of November, 2017

**LEACH JOHNSON SONG & GRUCHOW**

*/s/ Ryan D. Hastings*

______________________________

Sean L. Anderson, Esq.
Nevada Bar No. 7259
Ryan D. Hastings, Esq.
Nevada Bar No. 12394
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
*Attorneys for Defendant Tapestry at Town Center Homeowners' Association*

**WRIGHT FINLAY & ZAK, LLP**

*/s/ Corrine P. Murphy*

______________________________

Corrine P. Murphy, Esq.
Nevada Bar No. 10410
7785 W. Sahara Ave., #200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank, N.A.*

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*

______________________________

Diana S. Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, #110
Las Vegas, NV 89139
*Attorneys for Defendant, SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

Dated November 9, 2017.

____________________________________
**U.S. DISTRICT COURT JUDGE**

Submitted by:

**LEACH JOHNSON SONG & GRUCHOW**

*/s/ Ryan D. Hastings*

Sean L. Anderson, Esq.
Nevada Bar No. 7259
Ryan D. Hastings, Esq.
Nevada Bar No. 12394
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
*Attorneys for Defendant Tapestry at Town Center Homeowners' Association*

LEACH JOHNSON SONG & GRUCHOW
8945 West Russell Road, Suite 330, Las Vegas, Nevada 89148
Telephone: (702) 538-9074 – Facsimile (702) 538-9113