MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
JASON J. ZUMMO, ESQ.
Nevada Bar No. 13995
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jason.zummo@akerman.com

*Attorneys for plaintiff U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association, as Successor by Merger to LaSalle Bank, National Association, as Trustee for GSAA Home Equity Trust 2006-14, Asset Backed Certificates, Series 2006-14*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-14, ASSET BACKED CERTIFICATES, SERIES 2006-14,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; TAPESTRY AT TOWN CENTER HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-CV-01962-JCM-VCF<br><br>**SUBSTITUTION OF COUNSEL** |

///

///

///

///

///

42369890;1
43818573;1

Plaintiff U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association, as Successor by Merger to LaSalle Bank, National Association, as Trustee for GSAA Home Equity Trust 2006-14, Asset Backed Certificates, Series 2006-14 hereby consents to the substitution of Melanie Morgan, Esq. and Jason J. Zummo, Esq. of AKERMAN LLP as its counsel in the place and stead of WRIGHT, FINLAY & ZAK, LLP in the above-entitled matter.

DATED this ____ day of January, 2018.

A. J. Loll, Vice President
Nationstar Mortgage LLC

U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-14, ASSET BACKED CERTIFICATES, SERIES 2006-14

By: _____
   A. J. Loll
Its: Attorney-In-Fact as Trustee

Dana J. Nitz, Esq. of the law firm of WRIGHT, FINLAY & ZAK, LLP consents to the substitution of Melanie Morgan, Esq. and Jason J. Zummo, Esq. of AKERMAN LLP as counsel of record in its place and stead on behalf of plaintiff U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association, as Successor by Merger to LaSalle Bank, National Association, as Trustee for GSAA Home Equity Trust 2006-14, Asset Backed Certificates, Series 2006-14.

DATED this ____ day of January, 2018.

WRIGHT, FINLAY & ZAK, LLP

_____
DANA J. NITZ, ESQ.
Nevada Bar No. 000050
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117

///
///
///
///

2

43818573;1

Melanie Morgan, Esq. and Jason J. Zummo, Esq. of the law firm AKERMAN LLP consent to substitution as counsel of record for plaintiff U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association, as Successor by Merger to LaSalle Bank, National Association, as Trustee for GSAA Home Equity Trust 2006-14, Asset Backed Certificates, Series 2006-14.

DATED this 17 day of January, 2018.

AKERMAN LLP

_____
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

ORDER

IT IS SO ORDERED:

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate
DATED: _____
January 30, 2018

3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of January, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL**, addressed to:

Dana J. Nitz, Esq.
Natalie C Lehman, Esq.
YanXiong Li, Esq.
**Wright, Finlay & Zak, LLP**
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff*

Diana S. Ebron
Jacqueline A. Gilbert
**Kim Gilbert Ebron**
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorney for Defendant SFR Investments Pool 1, LLC*

Sean L. Anderson, Esq.
Ryan D. Hastings, Esq.
**Leach Johnson Song & Gruchow**
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
*Attorney for Defendant Tapestry at Town Center Homeowners' Association*

/s/ Doug A Jayne
An Employee of Akerman LLP

4

43810573;1