**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, *et al.*,<br><br>Defendants. | 2:17-cv-01962-JCM-VCF<br>**ORDER**<br><br>MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (ECF NO. 28) |

Before the Court is Plaintiff U.S. Bank National Association's ("U.S. Bank") Motion for Leave to File First Amended Complaint (ECF No. 28). For the reasons stated below, Plaintiff's Motion is granted.

**BACKGROUND**

On July 19, 2017, Plaintiff filed a complaint against SFR Investments Pool 1, LLC ("SFR") and Tapestry at Town Center Homeowner's Association ("HOA"). (ECF No. 1). Plaintiff asserted that HOA conducted an invalid HOA sale when it auctioned the property to SFR. (*Id.*) Specifically, Plaintiff argues that HOA and/or its agent Terra West Collections Group LLC d/b/a Assessment Management Services ("AMS") failed to provide proper notice of the sale to Plaintiff pursuant to NRS 116.3102. (*Id.*). Plaintiff brought the following claims: Quiet Title/Declaratory Relief; Preliminary Injunction; Unjust Enrichment; Wrongful Foreclosure; Negligence; and Negligence Per Se. (*Id.*).

SFR filed a motion to dismiss on August 28, 2017. (ECF No. 14). HOA filed a motion to dismiss on October 18, 2017 (ECF No. 19). Both motions are still pending. The Court issued a scheduling order on October 25, 2017. (ECF No. 21). The deadline to file a motion to amended the pleadings or add parties was January 23, 2018. (*Id.* at 4).

Plaintiff filed a Motion for Leave to File First Amended Complaint on January 23, 2018. (ECF No. 28). Plaintiff seeks to add AMS as a Defendant. Neither Defendant has filed an opposition to the motion.

**DISCUSSION**

"[A] party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). "Five factors are taken into account to assess the propriety of a motion for leave to amend: bad faith, undue delay, prejudice to the opposing party, futility of amendment, and whether the plaintiff has previously amended the complaint." *Johnson v. Buckley*, 356 F.3d 1067, 1077 (9th Cir. 2004). Under LR 7-2(d) "[t]he failure of an opposing party to file points and authorities in response to any motion…constitutes a consent to granting the motion."

Neither Defendant has filed an opposition to Plaintiff's Motion, so the Defendants have consented to the Court granting the Motion. The Court also finds grounds to grant Plaintiff's Motion. Plaintiff's Motion does not seem to be brought in bad faith. The only substantial change in the amended complaint is adding AMS as a Defendant. (ECF No. 28-1 at 2). Plaintiff asserts that it could not add AMS as a party until it had gone through mediation with the National Real Estate Division pursuant to NRS 38.310. (ECF No. 28 at 3). Plaintiff asserts that the mediation is now complete and was unsuccessful. (*Id.*) There was no undue delay. Plaintiff filed its Motion within the time set by the scheduling order. (ECF No. 21 at 4). There will not be any prejudice to the opposing parties if the Court grants the Motion. Plaintiff's proposed amended complaint does not alter any of the facts or claims brought against any of the Defendants. (ECF No. 28-1). Plaintiff had also already listed AMS as a "Non-Party Actor" in its original complaint. (ECF No. 1 at 3). Plaintiff's amendments do not appear to be futile. This is Plaintiff's first motion for leave to amend the complaint.

Under LR 15-1, "The proposed amended pleading must be complete in and of itself without reference to the superseded pleading and must include copies of all exhibits referred to in the proposed amended pleading." While Plaintiff has attached a proposed amended complaint to its motion, it failed to include the exhibits referred to in the amended complaint. (ECF No. 28). The exhibits referenced in the amended complaint are the same as the exhibits referenced in the original complaint. (ECF No. 1; ECF No. 28-1). The Court notes that Plaintiff filed the original complaint with all referenced exhibits attached (ECF No. 1). The Court instructs the Plaintiff to file the amended pleading with all referenced exhibits included as well.

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that U.S. Bank National Association's Motion for Leave to File an Amended Complaint (ECF No.28) is GRANTED.

IT IS FURTHER ORDERED that U.S. Bank National Association has until February 22, 2018 to file the amended complaint.

IT IS SO ORDERED.

DATED this 13th day of February, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE