UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | Case No. 2:17-CV-1962 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendant(s). | |

Presently before the court is defendant SFR Investments Pool 1, LLC's ("SFR") motion to dismiss plaintiff U.S. Bank National Association's complaint. (ECF No. 14).

Also before the court is defendant Tapestry at Town Center Homeowners Association's ("Tapestry") motion to dismiss plaintiff's complaint. (ECF No. 19).

On January 23, 2018, plaintiff filed a motion to amend its complaint. (ECF No. 28). On February 13, 2018, Magistrate Judge Ferenbach granted the motion. (ECF No. 31). On February 22, 2018, plaintiff filed an amended complaint. (ECF No. 33). Defendants' motions to dismiss plaintiff's original complaint are therefore moot.

Accordingly,

IT IS HEREBY ORDERED that defendant SFR's motion to dismiss (ECF No. 14) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that defendant Tapestry's motion to dismiss (ECF No. 19) be, and the same hereby is, DENIED as moot.

DATED February 26, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**