1 **LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
2 sanderson@leachjohnson.com
Nevada Bar No. 7259
3 RYAN D. HASTINGS
rhastings@leachjohnson.com
4 Nevada Bar No. 12394
8945 W. Russell Road, Suite #330
5 Las Vegas, Nevada 89148
(702) 538-9074
6 Fax: (702) 538-9113
*Attorneys for Defendant Tapestry at*
7 *Town Center Homeowners' Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALLE BANK;<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; TAPESTRY AT TOWN CENTER HOMEOWNERS' ASSOCIATION,<br><br>Defendants. | Case No. 2:17-cv-01962-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND REPLY DATE**<br>**[ECF NO. 33]**<br><br>**(First Request)** |

The Plaintiff U.S. Bank, N.A., as Trustee Successor in Interest to Bank of America, N.A., as Successor by Merger to Lasalle Bank ("U.S. Bank"), and Defendant Tapestry at Town Center Homeowners' Association (the "Association") by and through their respective counsel stipulate and agree as follows:

1. On March 23, 2018, the Association filed a Motion to Dismiss U.S. Bank's First Amended Complaint. [ECF No. 33]

/ / /

LEACH JOHNSON SONG & GRUCHOW
8945 West Russell Road, Suite 330, Las Vegas, Nevada 89148
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

2. On March 29, 2018, U.S. Bank filed an Opposition to the Motion to Dismiss. [ECF No. 38]

3. The Association's reply is due April 5, 2018.

4. The Parties' request for this extension is not intended to cause any delay or prejudice to any party. Rather, this brief extension will accommodate the schedule of counsel and their conflicts with the current deadlines

**IT IS HEREBY STIPULATED AND AGREED** that the Association will have an additional week extension to file its Reply, up to and including **April 12, 2018.**

**IT IS SO STIPULATED AND AGREED**.

Dated this 6th day of April, 2018.

**LEACH JOHNSON SONG & GRUCHOW**　　　**AKERMAN, LLP**

*/s/ Ryan D. Hastings*　　　　　　　　　　　　*/s/ Karen A. Whelan*
_____　　　_____
Sean L. Anderson, Esq.　　　　　　　　　　Karen A. Whelan, Esq.
Nevada Bar No. 7259　　　　　　　　　　　Nevada Bar No. 10466
Ryan D. Hastings, Esq.　　　　　　　　　　1635 Village Center Circle, #200
Nevada Bar No. 12394　　　　　　　　　　Las Vegas, NV 89134
8945 W. Russell Road, Suite 300　　　　　　*Attorneys for Plaintiff, U.S. Bank, N.A.*
Las Vegas, NV 89148
*Attorneys for Defendant Tapestry at Town Center Homeowners' Association*

**IT IS SO ORDERED.**

Dated April 9, 2018.

_____
**U.S. DISTRICT COURT JUDGE**